# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1374
Lower Tribunal No. 2022-CA-002031

_____

JONATHAN CABA ADAMES and ZULEIMA SANCHEZ,

Appellants,

v.

PUBLIX SUPER MARKETS, INC.,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

August 11, 2026

PER CURIAM.

     AFFIRMED.

NARDELLA, KAMOUTSAS and PRATT, JJ., concur.


Jonathan A. Martin and John S. Mills, of The Mills Firm, P.A., Jacksonville, for Appellants.

Edward G. Guedes and Richard Rosengarten, of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED